✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 2 1 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RANDALL WILLIAM RUSHTON,<br>Defendant. | 2:25-CR-245-GMN-DJA<br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Randall William Rushton to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Randall William Rushton pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 24; Plea Agreement, ECF No. 25; Preliminary Order of Forfeiture, ECF No. 26.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 9, 2026, through July 8, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 27-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 28.

On July 2, 2026, the United States Attorney's Office served and attempted to serve Jeffrey Wilson by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was unclaimed and returned. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 28-1, p. 3-17.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. one (1) HGST 750 GB SATA Hard Drive, Model No. HTS541075A9E680, Serial No. 130802JD12021W05WZKK;
2. one (1) Dell 1TB SATA Hard Drive, Model No. WD1002FBYS, Partial Serial No. WMATV??59739;
3. one (1) Western Digital 640GB SATA Hard Drive, Model No. WD6400AAKS, Partial Serial No. WM?SY767838??;
4. one (1) Western Digital 500GB SATA Hard Drive, Model No. WD5000AAKX, Serial No. WCC2EPC57236;
5. Black Generic Computer Tower missing side panel containing two hard drives;
6. one (1) Timetec 256GB M.2 SATA SSD Card, Serial No. PL220301SCC256G0648;

7. one (1) Seagate 500GB SATA Hard Drive, Model No. ST500DM002, Serial No. Z6E36A4A; and
8. one (1) Toshiba 320GB SATA Hard Drive, Model No. MQ01ABD032, Serial No. 82HJF02ES

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Randall William Rushton, Jeffrey Wilson, and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Sept 21, 2026.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE